**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | CV 12-1282-PHX-PGR |
| Plaintiff, | |
| v. | **ORDER** |
| Nadir Soofi, et al., | |
| Defendant. | |

The Clerk of the Court having entered default against Defendants on November 16, 2012 (Doc. 14), and Plaintiff having filed a motion for default judgment (Doc. 15),

IT IS ORDERED that the requirement for filing the Joint Case Management Report and the Scheduling Conference set for January 28, 2013, are vacated.

DATED this 14th day of January, 2013.

Paul G. Rosenblatt
United States District Judge