Thomas P. Riley, CA SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NADIR SOOFI, et al., <br><br> Defendants. | Case No.: 2:12-cv-01282-PGR <br><br> PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT |

**NOW COMES** the Plaintiff, G & G Closed Circuit Events, LLC, by and through its attorneys of record, LAW OFFICES OF THOMAS P. RILEY, P.C. (Thomas P. Riley, Esq.), pursuant to Federal Rule of Civil Procedure 59(e), and hereby files this Motion to Alter or Amend the Judgment against Defendants Nadir Soofi and Cleopatra Bistro Pizza, LLC, such that the statutory damages and enhanced statutory damages awarded to Plaintiff by this Court in its January 16, 2013 Order Granting Default Judgment, (Dkt. No. 19), are increased. Plaintiff does not move to alter or amend judgment with respect to the award of conversion damages, or to the entry of default judgment per se.

For the reasons set forth in the accompanying Brief, Plaintiff respectfully requests that its Motion to Alter or Amend Judgment be granted.

Respectfully submitted,

Dated: February 13, 2013     */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# **PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 13, 2013, I served:

PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nadir Soofi (Defendant)
13850 N. 19th Avenue, #219
Phoenix, AZ 85023

Cleopatra Bistro Pizza, LLC (Defendant)
13850 N. 19th Avenue, #219
Phoenix, AZ 85023

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 13, 2013, at South Pasadena, California.

Dated: February 13, 2013        /s/ *Maria Baird*
                                MARIA BAIRD